## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT; AND HILL-ROM COMPANY, INC., | ) ) ) ) ) |
| PLAINTIFFS, | ) ) |
| v. | ) ) |
| DEVIN ROSS PASCHAL; DAVID SCOTT; AND FAF, INC.; AND TIFFANY PIERCE, | ) ) ) ) |
| DEFENDANTS. | ) ) |

CIVIL ACTION FILE NO. 4:17-CV-66-HLM

### NOTICE OF LEAVE OF ABSENCE

**COMES NOW D. LEE CLAYTON** and respectfully notifies all judges before whom he has cases pending, all affected clerks of court, and all opposing counsel, that he will be on leave pursuant to Local Rule 83.1(E)(3).

The period of leave during which time Applicant will be away from the practice of law for family vacations and professional conferences are as follows:

1. September 7-11, 2017;

2. September 14-25, 2017;

3. September 28-29, 2017;

4. October 4-6, 2017;

5. October 20-24, 2017;

6. November 24-December 4, 2017;

7. December 7-8, 2017;

8. January 15-19, 2018; and

9. May 11-20, 2018.

There are no proceedings scheduled during the requested time periods as of the filing date of this Request. All affected judges and opposing counsel shall have ten (10) days from the date of this Notice to object to it. If no objections are filed, the leave shall be granted.

This the 27th day of July, 2017.

    Respectfully submitted,

    SWIFT, CURRIE, McGHEE & HIERS, LLP

    /s/ D. Lee Clayton
    D. Lee Clayton
    Georgia Bar No. 601004
    Lee.clayton@swiftcurrie.com
    Jonathan J. Kandel
    Georgia Bar No. 940584
    Jonathan.kandel@swiftcurrie.com
    Attorneys for Plaintiffs

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309-3231
Telephone: (404) 874-8800
Facsimile: (404) 888-6199

-4-

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, I hereby certify that the foregoing **NOTICE OF LEAVE OF ABSENCE** has been prepared in Times New Roman, 14-point font, in compliance with Local Rule 5.1C.

/s/ D. Lee Clayton
D. Lee Clayton
Georgia Bar No. 601004
Lee.clayton@swiftcurrie.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2017, I electronically filed the foregoing **NOTICE OF LEAVE OF ABSENCE** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Joseph Robb Cruser
Craig P. Terrett
CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP
Meridian II, Suite 2000
Norcross, GA 30092

Patrick N. Arndt
NALL & MILLER, LLP
Suite 1500, North Tower
235 Peachtree Street, N.E.
Atlanta, GA 30303

Peter M. Zavaletta
THOMAS J. HENRY INJURY ATTORNEYS
521 Starr Street
Corpus Christi, TX 78401

Patrick A. Cruise
THE HAMILTON FIRM
PO Box 158
Rossville, GA 30741

/s/ D. Lee Clayton
D. Lee Clayton
Georgia Bar No. 601004
Lee.clayton@swiftcurrie.com

3494565v.1